## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **Linfo IP, LLC,** | ) | |
| Plaintiff, | ) | |
| | ) | **Civil Action No. 6:21-cv-01076** |
| v. | ) | |
| | ) | |
| **Lowe's Companies, Inc. and** | ) | **JURY TRIAL DEMANDED** |
| **Lowe's Home Centers, LLC** | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i)(B), the Plaintiff, Linfo IP, LLC hereby files this notice of dismissal of this action for all of Plaintiff's claims. The Plaintiff agrees that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Dated: July 26, 2022

                                                                               Respectfully submitted,

                                                                               */s/ William P. Ramey, III*

                                                                               William P. Ramey, III
                                                                               Texas Bar No. 24027643
                                                                               **Ramey LLP**
                                                                               5020 Montrose Blvd., Suite 800
                                                                               Houston, Texas 77006
                                                                               (713) 426-3923
                                                                               wramey@rameyfirm.com

                                                                               *Attorneys for Linfo IP, LLC*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants on July 25, 2022 and the parties are in agreement with this dismissal.

*/s/ William P. Ramey, III*

William P. Ramey, III

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that July 26, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/William P. Ramey, III*
William P. Ramey, III